**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Paul M. Correnti                 CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-17021 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

       Respectfully submitted,

/s/ *Rebecca A. Solarz*

Rebecca Solarz
28 Oct 2020, 16:55:18, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322