**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Paul M. Correnti
                Debtor(s)

FREEDOM MORTGAGE CORPORATION
           v.
Paul M. Correnti
           and
Kenneth E. West Esq.
           Trustee

Chapter 13

NO. 19-17021 MDC

**ORDER**

AND NOW, this 22nd day of April 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on May 11, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow FREEDOM MORTGAGE CORPORATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5131 Palmer Mill Road Clifton Heights, PA 19018.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Paul M. Correnti
5131 Palmer Mill Road
Clifton Heights, PA 19018

Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Michael P. Kelly Esq.
202 Penns Square (VIA ECF)
Langhorne, PA 19047

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532