**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>PAUL M. CORRENTI | Chapter 13 |
| Debtor | Bankruptcy No. 19-17021-MDC |

# **O R D E R**

**AND NOW**, this ___23rd___ day of _____June_____ 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
MICHAEL P. KELLY, ESQ
202 PENNS SQUARE
SUITE 202
LANGHORNE, PA 19047-

Debtor:
PAUL M. CORRENTI

5131 PALMER MILL ROAD

CLIFTON HEIGHTS, PA 19018-