United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                Case No. 19-17021-mdc

Paul M. Correnti                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                             User: admin                                   Page 1 of 3

Date Rcvd: Jun 23, 2022                       Form ID: pdf900                           Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Paul M. Correnti, 5131 Palmer Mill Road, Clifton Heights, PA 19018-1012 |
| 14556934 | + | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14428719 | | Freedom Mortgage Corporation, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14487104 | + | Michael P. Kelly, Esquire, 402 Middletown Blvd., Suite 202, Langhorne, Pa. 19047-1818 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 23 2022 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 23 2022 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14418479 | + | Email/Text: bncnotifications@pheaa.org | Jun 23 2022 23:47:00 | AES/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14418480 | | Email/Text: legal@arsnational.com | Jun 23 2022 23:47:00 | ARS National Services, Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 14452417 | + | Email/Text: bnc@bass-associates.com | Jun 23 2022 23:47:00 | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14418481 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 23 2022 23:47:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14418482 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2022 23:56:23 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14418483 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2022 23:56:23 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14440083 | | Email/PDF: bncnotices@becket-lee.com | Jun 23 2022 23:56:24 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14418484 | + | Email/Text: clientservices@credit-control.com | Jun 23 2022 23:47:00 | Credit Control, LLC, 5757 Phantom Dr., Ste. 330, Hazelwood, MO 63042-2429 |
| 14418485 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 23 2022 23:56:38 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14418486 | | Email/Text: mrdiscen@discover.com | Jun 23 2022 23:47:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 14422135 | | Email/Text: mrdiscen@discover.com | Jun 23 2022 23:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14418487 | | Email/Text: bknotice@ercbpo.com | Jun 23 2022 23:47:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 14446904 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 23 2022 23:47:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, ATTN.: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14418488 | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 23 2022 23:47:00 | Freedom Mortgage, PO Box 6656, Chicago, IL 60680-6656 |
| 14418489 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 23 2022 23:47:00 | Hyundai Finance, PO Box 20835, Fountain Valley, CA 92728-0835 |
| 14456056 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 23 2022 23:47:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14418490 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 23 2022 23:47:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14418492 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2022 23:56:54 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 14427429 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2022 23:56:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14418491 | + | Email/Text: Documentfiling@lciinc.com | Jun 23 2022 23:47:00 | Lending Club Corporation, 595 Market St., Ste. 400, San Francisco, CA 94105-5839 |
| 14418493 | | Email/Text: bankruptcy@mermed.com | Jun 23 2022 23:47:00 | Merchants & Medical Credit Corp., 6324 Taylor Drive, Flint, MI 48507-4685 |
| 14418494 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2022 23:47:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 14448617 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2022 23:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14441458 | + | Email/Text: ECMCBKNotices@ecmc.org | Jun 23 2022 23:47:00 | PHEAA FRN, c/o ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14451178 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2022 23:56:53 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14418495 | | Email/Text: joey@rmscollect.com | Jun 23 2022 23:47:00 | Patient First, c/o Receivables Management Systems, PO Box 73810, Richmond, VA 23235-8047 |
| 14418496 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2022 23:56:52 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14450252 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2022 23:56:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14456058 | *+ | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 23, 2022 | Form ID: pdf900 | Total Noticed: 34 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2022        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL P. KELLY | on behalf of Debtor Paul M. Correnti mpkpc@aol.com r47593@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| PAUL M. CORRENTI | |
| Debtor | Bankruptcy No. 19-17021-MDC |

# ORDER

**AND NOW**, this ___23rd___ day of _____June_____ 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MICHAEL P. KELLY, ESQ
202 PENNS SQUARE
SUITE 202
LANGHORNE, PA 19047-


Debtor:
PAUL M. CORRENTI

5131 PALMER MILL ROAD

CLIFTON HEIGHTS, PA 19018-